AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Daniel A. Matina | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:17-cv-00717-JAG |
| United States of America | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

FILED
NOV 21 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America
c/o Jeff Sessions, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kevin T. Hadden
Marks & Harrison, PC
1500 Forest Ave., Suite 100
Richmond, VA 23229

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/26/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-717

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE
## United States District Court
## Eastern District of Virginia

| | |
|---|---|
| Daniel A. Matina | ) Case No.: 3:17-cv-00717-JAG |
| | ) |
| **Plaintiff** | ) |
| v. | ) |
| United States of America | ) |
| | ) |
| **Defendant** | ) |

I, Mark Simons, a Private Process Server, being duly sworn, state that I am over the age of eighteen years and not a party to this action nor otherwise interested in the subject matter in controversy. Within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served the following document(s): Summons in a Civil Action and Complaint

Service on: United States of America, c/o Jeff Sessions, Attorney General, U.S. Department of Justice
Service address: 950 Pennsylvania Ave., NW, Washington, DC 20530

Service date: November 13, 2017  Service time: 11:07 AM

MANNER OF SERVICE:
Being unable to make personal service, a copy was delivered in the following manner:

(XX) SUBSTITUTE SERVICE -- BUSINESS: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
Service accepted by Ronnie B. Dubose, Authorized Agent

COMMENTS:

Mark Simons
Hester Process Service, Inc.
P.O. Box 37128
North Chesterfield, VA  23234
(804) 271-0298

Subscribed and sworn to before me, a notary public, on this 14th day of November, 2017 by Mark Simons, who is personally known to me.

Donna Faye Hester
Notary Public
Commonwealth of Virginia
County of Chesterfield

My Commission Expires: 11-30-20

ID: 17-139545    Client Reference: 150644

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Daniel A. Matina<br><br>_Plaintiff(s)_<br>v.<br>United States of America<br><br>_Defendant(s)_ | Civil Action No. 3:17-cv-00717-JAG |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  United States of America
c/o Dana J. Boente
U.S. Attorney's Office
Eastern District of Virginia
919 E. Main St., Suite 1900
Richmond, VA 23219

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kevin T. Hadden
Marks & Harrison, PC
1500 Forest Ave., Suite 100
Richmond, VA 23229

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/26/2017

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-717

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE
## United States District Court
## Eastern District of Virginia

| | |
|---|---|
| Daniel A. Matina | ) Case No.: 3:17-cv-00717-JAG |
| | ) Court Date: |
| **Plaintiff** | ) |
| v. | ) |
| United States of America | ) |
| | ) |
| **Defendant** | ) |

I, David M. Hester, Sr., a Private Process Server, being duly sworn, state that I am over the age of eighteen years and not a party to this action nor otherwise interested in the subject matter in controversy. Within the boundaries of the state where service was effected, I was authorized by law to perform said service.

I served the following document(s):  Summons in a Civil Action and Complaint

Service on:  United States of America, c/o Dana J. Boente, U.S. Attorney's Office, Eastern District of Virginia
Service address:  919 E. Main St., Suite 1900, Richmond, VA 23219

Service date: November 02, 2017  Service time: 10:10 AM

MANNER OF SERVICE:
Being unable to make personal service, a copy was delivered in the following manner:

(XX) SUBSTITUTE SERVICE -- BUSINESS: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
Service accepted by Jay Hambrick, Assistant U.S. Attorney

COMMENTS:

_David M. Hester, Sr._
Hester Process Service, Inc.
P.O. Box 37128
North Chesterfield, VA  23234
(804) 271-0298

Subscribed and sworn to before me, a notary public, on this 3rd day of November, 2017 by David M. Hester, Sr. who is personally known to me.

Donna Faye Hester
Notary Public
Commonwealth of Virginia
County of Chesterfield

My Commission Expires:  11-30-20

ID: 17-139544

Client Reference: 150644