UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DANIEL A. MATINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:17-cv-717 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

THIS MATTER comes before the Court on the parties' Consent Motion for Reduction of Liens Pursuant to Virginia Code § 8.01-66.9 (Dk. No. 26.) The Court has considered the equities of the case, and finds that the proposed reduction of the liens of the Commonwealth and resulting apportionment of the settlement proceeds is equitable and in the interests of justice.

Having reviewed the Magistrate Judge's Report and Recommendation (Dk. No. 27), and receiving no objection from the Office of the Attorney General for the Commonwealth of Virginia (Dk. No. 28), the Court hereby ADOPTS the Report and Recommendation based on the reasoning set forth in the Report and Recommendation

Thus, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court GRANTS the Consent Motion for Reduction of Liens Pursuant to Virginia Code § 8.01-66.9. Plaintiff shall distribute from the settlement proceeds $70,470.85 to VCU Health System Authority and $9,529.15 to MCV Physicians. Upon payment of the above amounts, any liens held by VCU Health System Authority and MCV Physicians arising from the medical care provided to Daniel A. Matina as a result of the accident at issue shall be deemed fully satisfied and compromised in full.

Pursuant to the parties' memorandum of understanding, they shall file a stipulation of dismissal within ten (10) business days of this Order.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Entered: 10/2/18

/s/ *signature*
John A. Gibney, Jr.
United States District Judge